ASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Geovany Flores,<br><br>          Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>          Defendants. | No.  CV 19-05182-PHX-SPL (CDB)<br><br>**ORDER** |

      On May 28, 2019, Cesar Geovany Valdes Flores, Minerva Flores Sanchez, and Pedro Vargas Palacios filed a joint pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) (the "Complaint").  The matter was assigned case number CV 19-03614-PHX-SPL (JFM).  By Order dated September 17, 2019, the Court severed the case into separate actions for each Plaintiff, with a new case number assigned to each Plaintiff and a copy of the Complaint docketed as the originating document in each case, and directed that case number CV 19-03614-PHX-SPL (JFM) be terminated.  This case, CV 19-05182-PHX-SPL (CDB), is the newly opened case assigned to Plaintiff Cesar Geovany Valdes Flores.

      By Order dated September 30, 2019, the Court dismissed the original Complaint with leave to amend in order to allow Plaintiff to file an amended complaint that included

only his own claims for relief.  Plaintiff was provided with 30 days in which to file an amended complaint and to either pay the filing fees for this action or submit an Application to Proceed Without Prepayment of Fees and Costs.

On October 25, 2019, Plaintiff filed his First Amended Complaint and an Application to Proceed. In a December 4, 2019 Order, the Court granted the Application to Proceed, but dismissed the First Amended Complaint for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  The Court gave Plaintiff 30 days to file a second amended complaint that cured the deficiencies identified in the Order.

On January 3, 2020, Plaintiff filed a Second Amended Complaint.  By Order dated March 3, 2020, the Court dismissed the Second Amended Complaint for failure to state a claim.  Plaintiff was provided with 30 days in which to file a Third Amended Complaint that cured the deficiencies identified in the Order.

On April 2, 2020, Plaintiff filed a Third Amended Complaint.  By Order dated May 5, 2020, the Court dismissed the Third Amended Complaint and this action for failure to state a claim.  Judgment was entered the same day.

Plaintiff appealed the dismissal of the Third Amended Complaint to the Ninth Circuit Court of Appeals.  On November 15, 2021, the Ninth Circuit affirmed in part, reversed in part, and remanded the case back to this Court.  Specifically, the Ninth Circuit held that Plaintiff sufficiently stated a Fourth Amendment search and seizure claim related to the search of his cell phone against Defendants Grand Canyon Education, Inc. (GCU); GCU Director of Public Safety Joe Yahner; GCU Sergeant Cahill; and GCU Officers Aaron Martinez, K. Timothy, and Teresa Kuleff, as presented in Count Three of the Third Amended Complaint.  The Ninth Circuit affirmed the dismissal of the remainder of the Third Amended Complaint.

Accordingly, the Court will order Defendants GCU, Yahner, Cahill, Martinez, Timothy, and Kuleff to answer Count Three of the Third Amended Complaint.

. . . .

. . . .

**Warnings**

  **A. Address Changes**

If Plaintiff's address changes, Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Plaintiff must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

  **B. Copies**

Plaintiff must serve Defendants, or counsel if an appearance has been entered, a copy of every document that he files.  Fed. R. Civ. P. 5(a).  Each filing must include a certificate stating that a copy of the filing was served.  Fed. R. Civ. P. 5(d).  Also, Plaintiff must submit an additional copy of every filing for use by the Court.  *See* LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Plaintiff.

  **C. Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Defendants Grand Canyon Education, Inc., Yahner, Cahill, Martinez, Timothy, and Kuleff must answer Count Three of the Third Amended Complaint.

(2) The Clerk of Court must send Plaintiff a service packet including the Third Amended Complaint (Doc. 12), this Order, and both summons and request for waiver forms for Defendants Grand Canyon Education, Inc., Yahner, Cahill, Martinez, Timothy, and Kuleff.

(3) Plaintiff must complete and return the service packet to the Clerk of Court within 21 days of the date of filing of this Order.  The United States Marshal will not provide service of process if Plaintiff fails to comply with this Order.

(4) If Plaintiff does not either obtain a waiver of service of the summons or

complete service of the Summons and Third Amended Complaint on a Defendant within 90 days of the filing of the Third Amended Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m); LRCiv 16.2(b)(2)(B)(ii).

(5)   The United States Marshal must retain the Summons, a copy of the Third Amended Complaint, and a copy of this Order for future use.

(6)   The United States Marshal must notify Defendants of the commencement of this action and request waiver of service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. The notice to Defendants must include a copy of this Order.

(7)   A Defendant who agrees to waive service of the Summons and Third Amended Complaint must return the signed waiver forms to the United States Marshal, not the Plaintiff, **within 30 days of the date of the notice and request for waiver of service** pursuant to Federal Rule of Civil Procedure 4(d)(1)(F) to avoid being charged the cost of personal service.

(8)   The Marshal must immediately file signed waivers of service of the summons. If a waiver of service of summons is returned as undeliverable or is not returned by a Defendant within 30 days from the date the request for waiver was sent by the Marshal, the Marshal must:

   (a)   personally serve copies of the Summons, Third Amended Complaint, and this Order upon Defendant pursuant to Rule 4(e)(2) and Rule 4(h)(1) of the Federal Rules of Civil Procedure, as appropriate; and

   (b)   within 10 days after personal service is effected, file the return of service for Defendant, along with evidence of the attempt to secure a waiver of service of the summons and of the costs subsequently incurred in effecting service upon Defendant. The costs of service must be enumerated on the return of service form (USM-285) and must include the costs incurred by the Marshal for photocopying additional copies of the Summons, Third Amended Complaint, or this

Order and for preparing new process receipt and return forms (USM-285), if required. Costs of service will be taxed against the personally served Defendant pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

(9) Defendants must answer the Third Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(10) Any answer or response must state the specific Defendant by name on whose behalf it is filed. The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

(11) This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

Dated this 3rd day of December, 2021.

Honorable Steven P. Logan
United States District Judge