Name: Cesar Geovany Valdes Flores
Address: 7539 N. 60th Avenue
Glendale, AZ
85301

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

FEB 0 9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Cesar Geovany Valdes Flores

Plaintiff,

v

Grand Canyon Education Incorporated, et al.

Defendant(s),

Case No. CV 19-05182-PHX-SPL-CDB

**Notice of Change of Address**

I, Cesar Geovany Valdes Flores, in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

7539 N. 60th Avenue
Glendale, AZ
85301

Respectfully submitted this 9th day of February, 2022.

Signed by Cesar Flores

Copy of the foregoing mailed this 9th day of February, 2022, to: Zelms Erlich & Mack
4600 E. Washington St
Suite 300
Phx, AZ 85034
Attn: Robert Zelms / Nishan Wilde