# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CESAR GEOVANY VALDES FLORES | CV19-05182-PHX-SPL(CDB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Grand Canyon Education Incorporated, et al | Summons/Complaint/Order |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ K. Timothy - GCU Officer - in c/o Statutory Agent

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Corporation Service Company
8825 N. 23rd Ave - Suite 100 - Phoenix, AZ 85021

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Cesar Geovany Valdes Flores
5224 N. 28th Drive
Phoenix, AZ 85017

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED ___ LODGED ___
RECEIVED ___ COPY ___
FEB 09 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Signature of Attorney or other Originator requesting service on behalf of:
[signature: Cesar Valdes]
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 4802904487
DATE: 12/21/2021

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 of 6 | 08 | 08 | [signature] | 12-27-21 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
_____, SERVICE OF PROCESS COORDINATOR

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 2/7/2022 | 1313 | pm |

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 6.49 | | 71.49 | | $71.49 | |

REMARKS:

---

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Cesar Geovany Valdes Flores
_(Plaintiff)_

v.

Grand Canyon Education, Incorporated, et al.
_(Defendant)_

Civil Action No. CV19-05182-PHX-SPL (CDB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

K. Timothy - GCU officer
c/o Statutory Agent
Corporation Service Company
8825 N. 23rd Ave
Phoenix, AZ 85021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cesar Geovany Valdes Flores
5224 N. 28th Dr
Phoenix, AZ 85017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT/DCE

Date: 12/22/21

S. Strong
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OFFICER K. TIMOTHY
was received by me on *(date)* 2/7/22 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VALJEANA BEGAY , who is
designated by law to accept service of process on behalf of *(name of organization)* CORPORATION SERVICE COMPANY on *(date)* 2/7/22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 6.49 for travel and $ 65 for services, for a total of $ 71.49 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 2/7/2022

Server's signature

JEFF RISER, DUSM
Printed name and title

401 W. WASHINGTON ST. STE 270 PHOENIX, AZ, 85003
Server's address

Additional information regarding attempted service, etc: