# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Geovany Valdes Flores,<br><br>           Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>           Defendants. | No. CV 19-05182-SPL-CDB<br><br>**CASE MANAGEMENT ORDER** |

        The parties submitted a Joint Case Management Report (ECF No. 29), and participated in a telephonic scheduling conference on **March 1, 2022**. Therefore, the Court issues this Scheduling Order pursuant to Rule 16(b)(1) of the Federal Rules of Civil Procedure.

        **IT IS ORDERED that**:

        1. All Initial Disclosures shall be made no later than **April 1, 2022**.

        2. <u>Deadline for Joining Parties and Amending Pleadings</u>. The deadline for joining parties, amending pleadings, or filing supplemental pleadings is **March 18, 2022**. Any motion for leave to amend or notice of amendment must be filed in accordance with Rule 15.1 of the Local Rules of Civil Procedure. Any motion or notice that does not comply with the local and federal rules may be stricken by the Court.

        3. Mandatory Initial Discovery Pilot Project ("MIDP"). This case is subject to the MIDP. Each party has certified that it has received and carefully reviewed the Court's Preliminary Order (ECF No. 5) and the materials attached to it, to ensure familiarity and full compliance with the requirements of the MIDP.

Mandatory Initial Discovery Responses ("MIDP Responses"): Plaintiff shall provide his MIDP Response on **April 1, 2022**. Defendant shall provide their MIDP Response on **April 1, 2022**. Unless the Court orders otherwise, the parties shall file with the Clerk of Court a notice of service of initial responses, rather than copies of the actual disclosures.

Supplemental MIDP Responses: Any further supplemental MIDP responses shall be served on the opposing party no later than thirty (30) days after the information is discovered or revealed. Unless the Court orders otherwise, the parties shall file with the Clerk of Court a notice of service of supplemental responses, rather than copies of the actual disclosures.

4. <u>Discovery Deadlines and Limitations</u>. Depositions in this case shall be limited to seven hours each as provided in Rule 30(d)(1) of the Federal Rules of Civil Procedure. The number of depositions and interrogatories shall be as limited in Rule 30(a)(2)(A)(i) and Rule 33(a)(1) of the Federal Rules of Civil Procedure. Each side may also propound up to 40 requests for production of documents, including subparts, and up to 40 requests for admissions, including subparts. The limitations set forth in this paragraph may be increased by agreement of the parties, but such an increase will not result in an extension of the discovery deadlines.

a. Depositions: All depositions shall be scheduled to commence at **least five working days** prior to the discovery deadline. A deposition commenced five days prior to the deadline may continue up until the deadline, as necessary.

b. Written Discovery: All fact discovery shall be **completed** by **December 18, 2022**.[1]

---

[1] The discovery deadline concludes the time to propound discovery, such as interrogatories, requests for production of documents, and requests for admissions; the time to answer all propounded discovery; the time to supplement disclosures and discovery; the time for discovery by subpoena; the deposition of fact witnesses; the time for the Court to resolve all discovery disputes; and the time to complete any final discovery necessitated by the Court's ruling on any discovery disputes.

4. <u>Deadlines for Disclosure of Experts and Completion of Expert Discovery</u>.

a. Plaintiff shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **October 17, 2022.**

b. Defendants shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **November 22, 2022**.

c. Rebuttal expert disclosure, if any, shall be made no later than **December 22, 2022**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

d. Expert depositions shall be completed no later than **December 18, 2022**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

5. <u>Discovery Disputes</u>.

a. The parties are directed to Local Civil Rule 7.2(j), which prohibits filing discovery motions unless the parties have first met to resolve any discovery difficulties. If the parties cannot reach a resolution, they are directed to file the appropriate motion specifying the relief sought and citing to any published legal opinion which supports their motion. Any briefing regarding a discovery dispute shall comply with Local Rule of Civil Procedure 7.2(k).

b. Absent extraordinary circumstances, the Court will not entertain discovery disputes after the deadline for completion of discovery.

6. <u>Deadline for Filing Dispositive Motions</u>.

a. Dispositive motions shall be filed no later than **January 30, 2023**. Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

b. No party shall file more than one motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure unless permission is first obtained from the Court.

c. Failure to respond to a motion within the time periods provided in Local Rule of Civil Procedure 7.2 will be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily pursuant to Local Rule of Civil Procedure 7.2(i).

      d. Pursuant to Local Rule of Civil Procedure 7.2(f), a party desiring oral argument on a motion for summary judgment must request it by placing "Oral Argument Requested" immediately below the title of the motion or the response to the motion. The Court may decide motions without oral argument and will issue an order scheduling oral argument as it deems appropriate.

      7. <u>Deadline for Engaging in Good Faith Settlement Talks</u>. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **June 10, 2022**. Upon completion of such settlement talks, and in no event later than seven working days after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint Report on Settlement Talks executed by or on behalf of all counsel. The Report shall inform the Court that good faith settlement talks have been held and shall report on the outcome of such talks. The parties shall indicate whether assistance from the Court is needed in seeking settlement of the case, including whether the parties seek a settlement conference before a Magistrate Judge. The parties shall promptly notify the Court at any time when settlement is reached during the course of this litigation.

      8. <u>Deadline for Notice of Readiness for Pretrial Conference</u>. Plaintiff(s) shall notify the Court that the parties are ready for scheduling of a Final Pretrial Conference pursuant to Rule 16(d) of the Federal Rules of Civil Procedure. Plaintiff(s) shall file and serve this notice within fourteen days after the dispositive motion deadline if no dispositive motions are pending on that date. If dispositive motions are pending, Plaintiff(s) shall file and serve such notice within fourteen days after the resolution of dispositive motions. The Court will then issue an order setting the Final Pretrial Conference that (a) sets deadlines for briefing motions in limine, (b) includes a form for the completion of the parties' Joint Proposed Final Pretrial Order, and (c) otherwise instructs the parties concerning their duties in preparing for the Final Pretrial Conference. A firm trial date will be set at the Final Pretrial Conference.

///

9. <u>The Deadlines Are Real</u>. The parties are advised that the Court intends to enforce the deadlines set forth in this order and should plan their litigation activities accordingly.

Dated this 2nd day of March, 2022.

_____
Camille D. Bibles
United States Magistrate Judge