# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Geovany Valdes Flores;<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated also known as Grand Canyon University; Joe Yahner, GCU Director of Public Safety; Aaron Martinez, GCU Campus Security Officer; K Timothy, GCU Officer; Teresa Kuleff, GCU Peace Officer; Sgt. Cahill GCU Peace Officer,<br><br>Defendants. | Case No. 2:19-cv-05182-SPL-CDB<br><br>**ORDER ON<br>GRAND CANYON EDUCATION, INC.'S MOTION FOR LEAVE TO AMEND THE ANSWER** |

**THE COURT,** having received Grand Canyon Education Incorporated ("GCE") Motion for Leave to Amend the Answer, and good cause appearing therefor

**IT IS ORDERED** allowing GCE to file the Amended Answer.

1