# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Geovany Valdes Flores,<br><br>    Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>    Defendants. | NO. CV-19-05182-PHX-SPL (CDB)<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Joe Yahner, Sgt Cahill, Aaron Martinez, K Timothy, and Teresa Kuleff.

DEFAULT ENTERED this 24th day of March, 2022.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

March 24, 2022

                                          s/ D. Draper
                             By   Deputy Clerk