Robert B. Zelms, Arizona Bar No. 018956
rzelms@zelmserlich.com
Nishan J. Wilde, Arizona Bar No. 031447
nwilde@zelmserlich.com
**ZELMS ERLICH & MACK**
4600 E. Washington Street, Suite 300
Phoenix, Arizona 85034
Direct: (623) 250-0244
Main: (480) 608-2114

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Geovany Valdes Flores;<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated also known as Grand Canyon University; Joe Yahner, GCU Director of Public Safety; Aaron Martinez, GCU Campus Security Officer; K Timothy, GCU Officer; Teresa Kuleff, GCU Peace Officer; Sgt. Cahill GCU Peace Officer,<br><br>Defendants. | Case No.  2:19-cv-05182-SPL-CDB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**NOTICE IS HEREBY GIVEN,** that counsel for Defendants, Zelms Erlich & Mack, will have a new address effective April 1, 2022 as follows:

**ZELMS ERLICH & MACK**
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028

Please note that the firm name, telephone numbers, and email addresses will remain the same.

Accordingly, please direct all future correspondence, pleadings and filings of any nature in this matter, to the new address above.

1

DATED: March 30, 2022                    **ZELMS ERLICH & MACK**

By: *s/ Nishan J. Wilde*
Robert B. Zelms
Nishan J. Wilde
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the registrants in this matter who are set up to receive these electronic filings, with copies sent via US Regular Mail to the following:

Cesar Geovany Valdes Flores
7539 N. 60th Avenue
Glendale, AZ 85301
*PRO SE*

*s/ Diana Drake*
ddrake@zelmserlich.com

2