IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Geovany Valdes Flores,<br><br>            Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>           Defendants. | No. CV 19-05182 SPL CDB<br><br>**ORDER** |

Plaintiff and two co-plaintiffs, proceeding pro se, filed a Complaint on May 28, 2019. (ECF No. 2). The Complaint alleged claims pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*. On September 17, 2019, the Court ordered the matter be severed into individual actions for each plaintiff. (ECF No. 1).

A Third Amended Complaint was filed April 2, 2020. (ECF No. 12). The Third Amended Complaint alleged Defendants Yahner, Martinez, Timothy, Kuleff, Cahill and Grand Canyon Education Incorporated ("GCE") violated Plaintiff's Fourth Amendment rights by means of "Malicious Prosecution" (Count I); that Defendants Yahner, Martinez, Timothy Kuleff, Cahill and GCE violated Plaintiff's Fifth Amendment rights to be free of racial discrimination (Count II); that Defendants Yahner, Martinez, Timothy, Kuleff, Cahill and GCE violated Plaintiff's Fourth Amendment right to be free of an unreasonable search and seizure (Count III); that Defendants Fields, Burger, and Jordan were liable under *Bivens* for violating Plaintiff's Fifth Amendment right to due process (Count IV): and that unknown defendants were liable under *Bivens* for violating Plaintiff's due process rights (Count V). (ECF No. 12).

On May 5, 2020, the Court dismissed the Third Amended Complaint for failure to state a claim on which relief could be granted, without leave to amend, and dismissed the case. (ECF No. 13). Plaintiff appealed to the Ninth Circuit Court of Appeals. (ECF No. 15). In an order entered September 21, 2021 (ECF No. 18), the Ninth Circuit affirmed the Court's dismissal of Counts I, II, IV, and V, vacated the dismissal of Count III, and remanded the matter for litigation of Count III of the Third Amended Complaint. (*Id.*).

Accordingly, in an Order entered December 6, 2021, the Court ordered Defendants GCE, Yahner, Cahill, Martinez, Timothy, and Kuleff to answer Count III of the Third Amended Complaint, and ordered the United States Marshal to effect service of a summons and the Third Amended Complaint on these Defendants. (ECF No. 19). The docket in this matter indicates that the United States Marshal returned service as executed on Defendants Cahill, Yahner, Martinez, Timothy, and Kuleff on February 7, 2022. (ECF Nos. 24-28). These Defendants failed to timely answer or otherwise respond to the Third Amended Complaint and the Clerk of the Court entered their defaults March 24, 2022. (ECF No. 39). Defendants have moved to set aside their defaults. (ECF No. 41).[1]

**IT IS ORDERED that** Defendants' motion at ECF No. 41 is **granted** insofar as it asks the Court to set aside their defaults. The motion is **denied** to the extent it seeks any other relief.

**IT IS FURTHER ORDERED that** Defendants Cahill, Yahner, Martinez, Timothy, and Kuleff shall answer or otherwise respond to the Third Amended Complaint no later than **April 22, 2022**.

Dated this 30th day of March, 2022.

Camille D. Bibles
United States Magistrate Judge

---

[1] Defendant GCE was served, and answered the Third Amended Complaint on January 25, 2022. GCE filed a motion for judgment on the pleadings on March 18, 2022. (ECF No. 20; ECF No. 35). A Scheduling Order issued March 2, 2022, requires discovery be completed by December 18, 2022, and that dispositive motions be filed no later than January 30, 2023. (ECF No. 32).