Robert B. Zelms, Arizona Bar No. 018956
rzelms@zelmserlich.com
Nishan J. Wilde, Arizona Bar No. 031447
nwilde@zelmserlich.com
**ZELMS ERLICH & MACK**
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Direct: (623) 250-0244
Main: (480) 608-2114

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Geovany Valdes Flores; | Case No.  2:19-cv-05182-SPL-CDB |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF MANDATORY INITIAL DISCLOSURE RESPONSES** |
| Grand Canyon Education Incorporated also known as Grand Canyon University; Joe Yahner, GCU Director of Public Safety; Aaron Martinez, GCU Campus Security Officer; K Timothy, GCU Officer; Teresa Kuleff, GCU Peace Officer; Sgt. Cahill GCU Peace Officer, | |
| Defendants. | |

        NOTICE IS HEREBY GIVEN that Defendants served upon Plaintiff, via email and U.S. Mail, this date, their Mandatory Initial Disclosure Responses.

DATED:  April 27, 2022          **ZELMS ERLICH & MACK**


                              By:  *s/ Nishan J. Wilde*
                              _____
                                   Robert B. Zelms
                                   Nishan J. Wilde
                                   *Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the registrants in this matter who are set up to receive these electronic filings, with copies sent via email and US Regular Mail to the following:

Cesar Geovany Valdes Flores
7539 N. 60th Avenue
Glendale, AZ 85301
*PRO SE*

*s/ Diana Drake*
ddrake@zelmserlich.com

ZELMS ERLICH & MACK   CALIFORNIA | ARIZONA