# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Geovany Valdes Flores,<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>Defendants. | No. CV-19-05182-PHX-SPL (CDB)<br><br>**ORDER** |

The parties in this matter have indicated they would like a referral to a Magistrate Judge for purposes of a settlement conference (ECF No. 53). Accordingly,

**IT IS ORDERED** referring this matter to United States Magistrate Judge John Z. Boyle for a settlement conference. Within 14 days of this order, counsel is directed to jointly contact the chambers of Judge Boyle at (602)-322-7670 or Boyle_Chambers@azd.uscourts.gov to schedule a settlement conference.

Dated this 17th day of June, 2022.

_____
Camille D. Bibles
United States Magistrate Judge