1
2
3
4
5            **IN THE UNITED STATES DISTRICT COURT**
6              **FOR THE DISTRICT OF ARIZONA**
7
   Cesar Geovany Valdes Flores,
8                                                No. CV 19-05182 SPL CDB
                    Plaintiff,
9                                                **ORDER**
   v.
10
   Grand Canyon Education Incorporated,
11 et al.,
12              Defendants.
13

14        **IT IS ORDERED that** Plaintiff's motion at ECF No. 57 shall be construed as a

15 motion for reconsideration pursuant to Rule 60(b)(6) of the Federal Rules of Civil

16 Procedure and Rule 7.2(g) of the Local Rules of Civil Procedure for the United States

17 District Court for the District of Arizona (allowing for reconsideration when there has been

18 a change in the law).

19        **IT IS FURTHER ORDERED that** Defendants shall respond to the motion at ECF

20 No. 57 no later than **August 25, 2022**.

21        Dated this 11th day of August, 2022.

22
23
24
                                        _____
25                                            Camille D. Bibles
                                          United States Magistrate Judge
26
27
28